# BURSOR & FISHER
P.A.

**888 SEVENTH AVE.**
**NEW YORK, NY 10019**
www.bursor.com

PHILIP L. FRAIETTA
TEL: 646.837.7150
FAX: 212.989.9163
pfraietta@bursor.com

April 24, 2018

<u>*Via Electronic Filing*</u>

Hon. David E. Peebles
U.S. Magistrate Judge
United States District Court Northern District of New York
Federal Building and U.S. Courthouse
100 South Clinton Street
P.O. Box 7345
Syracuse, NY 13261-7345

Re:   *Gaminde v. Lang Pharma Nutrition, Inc.*, et al., 1:18-cv-00300-GLS-DEP

Dear Judge Peebles:

     I represent the plaintiff in the above-refenced action. On March 9, 2018, the Court set a Rule 16 Conference for June 11, 2018 (Dkt. No. 4). However, due to a scheduling conflict, Plaintiff's counsel will be unable to attend that day. Plaintiff's counsel suggests that the Rule 16 Conference currently set for June 11, 2018 be briefly continued to June 13, 2018. Counsel for Defendants has consented to this request and has indicated that it is available on June 13, 2018. There have been no previous requests to adjourn in this matter. Thank you for your consideration to this matter.

                                  Very truly yours,

                                  Philip L. Fraietta

cc: All counsel of record via ECF